# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BIMBO BAKERIES USA, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 14-5829-DMG (ASx)<br><br>ORDER DISMISSING ACTION [31] |

　　Pursuant to the parties' Stipulation that the case be dismissed with prejudice and on the merits pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party as against the other, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED, WITH PREJUDICE, in its entirety.

DATED: May 27, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE